NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUMMINS-ALLISON CORP.,**
*Plaintiff-Cross Appellant,*

v.

**SBM CO., LTD.**
(FORMERLY KNOWN AS SHINWOO INFORMATION &
TELECOMMUNICATIONS CO., LTD.),
*Defendant-Appellant,*

**and**

**AMRO-ASIAN TRADE, INC.,**
*Defendant-Appellant.*

---

2011-1049, -1065, -1066

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0196, Judge Ron Clark.

---

**ON MOTION**

---

**ORDER**

SBM Co., Ltd., moves for a 3-day extension of time, until December 23, 2010, to file its response to Cummins-

Allison Corp.'s motion for summary affirmance or dismissal of SBM's appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The response is due no later than 5 p.m. on December 27, 2010.*

FOR THE COURT

__DEC 2 1 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward L. Foote, Esq.
     Grant E. Kinsel, Esq.
     Kevin M. O'Brien, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2010

JAN HORBALY
CLERK

---

*The court is closed on December 23, 2010 and December 24, 2010.